JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>AMOREPACIFIC US, INC. d/b/a ARITAUM, a New York corporation; and DOES 1 to 10, inclusive,<br><br>                Defendants. | Case No.:  2:21-cv-08650-PA-KS<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:    November 2, 2021 |

///
///
///
///
///
///
///
///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On February 2, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 19].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: February 2, 2022         By: _____
                                    Percy Anderson
                                    United States District Court Judge